FREDERICK KOMP, Appellant, *v.* JAMES I. RAYMOND, as President of A. A. VANTINE & COMPANY, Respondent.

*Komp* v. *Raymond,* 42 App. Div. 32, appeal dismissed.
(Argued May 13, 1901; decided May 14, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1899, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Jesse S. Epstein* for appellant.

*John L. Hill* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON, CULLEN and WERNER.